IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN GOTTSCHALL, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 13-4769 |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social Security. | : | |

ORDER

BERLE M. SCHILLER, J.,

AND NOW, this 16 day of Sept., 2015, upon consideration of the Plaintiff's Request for Review, Defendant's Response thereto, and Plaintiff's Reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Request for Review is GRANTED IN PART, and the matter is REMANDED for further review consistent with the Report and Recommendation.

BY THE COURT:

_____
BERLE M. SCHILLER, J.